IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case Number: 3:19-cr-00005-DHB-BKE |
| | : | |
| MARIN RUELAS-GUTIERREZ | : | |

### ORDER

The Notice for Leave of Absence of DANIEL M. KING, JR., pursuant to Local Rule 83.9 of the Local Rules for the United States District Court, Southern District of Georgia, having been read and considered,

IT IS HEREBY ORDERED that such leave for May 28, 2019, through June 5, 2019, is granted.

Signed this 20th day of May, 2019, at Augusta, Georgia.

DUDLEY H. BOWEN, JR.
District Court Judge

Prepared by:

Daniel M. King, Jr., Esq.
King Law Group
617 Bellevue Avenue (31021)
Post Office Box 4329
Dublin, Georgia 31040
Phone: (478) 275-2255
Email: danking@kinglawgroup.net