IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 319-005 |
| | ) | |
| MARIN RUELAS-GUTIERREZ | ) | |

**O R D E R**

Counsel in the above-captioned case have advised the Court all pretrial motions have been satisfied or otherwise resolved. (See doc. no. 29.) Therefore, a motions hearing is not necessary, and all pending motions are **MOOT**. (Doc. nos. 20-23, 25.)

SO ORDERED this 11th day of June, 2019, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA